

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00743-CV

**IN THE INTEREST OF J.D.-V.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02312
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 27, 2019.

_____
Rebeca C. Martinez, Justice